IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01440-MSK-CBS

EEHAB ABDLRAHMAN SULIMAN,

    Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States,
ROBERT MUELLER, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EDUARDO AGUIRRE, JR., Director, United States Citizenship and Immigration Services, and
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services,
Department of Homeland Security,

    Respondents.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Dated this 9th day of August, 2006.

                                              **BY THE COURT:**

                                              *[signature: Marcia S. Krieger]*

                                              Marcia S. Krieger
                                              United States District Judge