IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01440-MSK-CBS

EEHAB ABDLRAHMAN SULIMAN,

      Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States,
ROBERT MUELLER, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
EDUARDO AGUIRRE, JR., Director, United States Citizenship and Immigration Services, and
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services, Department of Homeland Security,

      Respondents.

_____

### ORDER SETTING HEARING PURSUANT TO FED. R. CIV. P. 16
_____

**THIS MATTER** comes before the Court upon a Complaint filed by the Petitioner seeking review of the Respondent's failure to act on his citizenship petition. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)    A hearing is set for **October 2, 2006** at **4:00 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2) No later than **October 16, 2006**, the parties shall meet and confer regarding the standard of review and the contents of the administrative record. At the conference, the parties shall be prepared to address matters relating to the adminstrative record and be prepared to set a briefing schedule.

Dated this 17th day of August, 2006

                                        **BY THE COURT:**

*/s/ Marcia S. Krieger*
Marcia S. Krieger
United States District Judge